# EXHIBIT 1

Case 8:26-cv-00031     Document 1-1     Filed 01/06/26     Page 1 of 9   Page ID #:5

Electronically Filed by Superior Court of California, County of Orange, 10/10/2025 08:35:59 PM.
30-2025-01518365-CU-DF-NJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By M. Diaz, Deputy Clerk.
Case 8:26-cv-00031    Document 1-1    Filed 01/06/26    Page 2 of 9    Page ID #:6

Scott E. Schutzman, Esq.   SBN 140962
LAW OFFICES OF SCOTT E. SCHUTZMAN
19671 Beach Boulevard, Suite 430
Huntington Beach, California 92648
Tel:   (714) 374-0099
Fax:   (714) 374-0104
Email:  schutzy@msn.com

Attorneys for Plaintiffs

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF ORANGE**

| | |
|---|---|
| SCOTT E. SCHUTZMAN; LAW OFFICES OF SCOTT E. SCHUTZMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>OREN STERN; AMIT LOUZON; and DOES 1 - 20, inclusive,<br><br>    Defendants. | Case No.:  30-2025-01518365-CU-DF-NJC<br><br>Assigned for all purposes: Judge Craig Griffin<br><br>**COMPLAINT FOR DAMAGES**<br><br>1.  **DEFAMATION**<br><br>2.  **INTERFERENCE WITH CONTRACT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs SCOTT E. SCHUTZMAN and LAW OFFICES OF SCOTT E. SCHUTZMAN complain and for causes of action allege as follows:

1. Plaintiff Scott E. Schutzman is an individual and is now, and at all times mentioned in this Complaint was a resident of Orange County, California.

2. Plaintiff Law Offices of Scott E. Schutzman is a sole proprietorship doing business in Orange County, California, and has been operating continuously as a law office since January 2, 1995.

3. Plaintiff Scott E. Schutzman has worked as a lawyer for 36 years and has resided in

**COMPLAINT**
1

Orange County, California, for 36 years.  Plaintiff has during all this time enjoyed a good reputation, both generally and in his profession.

4. Defendant OREN STERN is an individual and is now, and at all times mentioned in this Complaint was, a resident of Miami-Dade County, Florida.

5. Defendant AMIT LOUZON is an individual and is now, and at all times mentioned in this Complaint was, a resident of the City of Tel-Aviv, Israel.

6. The true names of Defendants 1 through 20, inclusive, are unknown to Plaintiffs at this time.  Plaintiffs sue those Defendants by such fictitious names pursuant to Code of Civil Procedure § 474.  Plaintiffs are informed and believe, and based on that information and belief allege that each of the Defendants designated as a DOE is legally responsible for the events and happenings referred to in this Complaint, and unlawfully caused the injuries and damages to Plaintiffs alleged in this Complaint.  When their true names and capacities are ascertained, Plaintiff will amend this Complaint by inserting their true names and capacities.

7. Plaintiffs are informed and believe, and based on that information and belief allege, that at all times mentioned in this Complaint, Defendants were the agents and employees of their co-Defendants and in doing the things alleged in this Complaint were acting within the course and scope of such agency and employment.

## FIRST CAUSE OF ACTION

## DEFAMATION

## Against Defendant Oren Stern and Does 1 – 10

8. Plaintiffs hereby incorporate paragraphs 1 – 7 as though set forth in full herein.

9. On or about January 28, 2025, Defendant OREN STERN published a negative Google

review on a website impugning Plaintiff Scott E. Schutzman in his profession.  See Exhibit "A."

10. The Google review referred to Plaintiff Scott E. Schutzman by name throughout, was made of and concerning said Plaintiff, and was so understood by those who read the Google review that Plaintiff was unreliable, unprofessional, and a bad lawyer.

11. The entire statement was false as it pertains to Plaintiff Scott E. Schutzman.

12. The Google review is libelous on its face.  It clearly exposes Plaintiff Scott E. Schutzman to hatred, contempt, ridicule, and obloquy because Plaintiff Scott E. Schutzman secured a judgment of $500,000.00 plus interest and attorney's fees for Defendant OREN STERN.  The Google review is libelous as it charges Plaintiff Scott E. Schutzman with being an incompetent lawyer when the opposite is true.

13. The Google review was seen and read on or about January 28, 2025, and thereafter by thousands of potential clients.

14. As a result of the above-described publication, Plaintiffs Scott E. Schutzman and his law firm has suffered loss of his reputation, shame, mortification, and injury to his feelings, all to his damage in the total amount of $1,000,000.00.

15. The above-described publication was not privileged because it was published by Defendant OREN STERN with malice, hatred, and ill will toward Plaintiffs and the desire to injure Plaintiffs in that Defendant OREN STERN had expressed a desire to get Plaintiffs.  Because of Defendant OREN STERN's malice in publishing, Plaintiffs seek punitive damages in the amount of $2,500,000.00.

/ / /

/ / /

## SECOND CAUSE OF ACTION

## INTERFERENCE WITH CONTRACT

### Against Defendant Amit Louzon and Does 11 – 20

16. Plaintiffs incorporate paragraphs 1 – 7 as though set forth in full herein.

17. On or about August 25, 2022, Plaintiff Scott E. Schutzman on behalf of the Law Offices of Scott E. Schutzman entered into a written contract with Defendant Oren Stern to bring a claim against Pharma Funding, LLC, for payment of $500,000.00 plus interest on a promissory note.

18. At the inception of the contract, Defendant Oren Stern requested Plaintiff Scott E. Schutzman to communicate with him through Defendant Amit Louzon.

19. Defendant Amit Louzon knew about the contract between Oren Stern and Scott E. Schutzman and agreed to communicate between Oren Stern and Scott E. Schutzman.

20. Defendant Amit Louzon's conduct made Scott E. Schutzman's performance more difficult because Mr. Louzon did not properly communicate Mr. Schutzman's recommendation to accept a CCP § 998 offer in the Pharma Funding litigation.

21. Defendant Amit Louzon intended to disrupt the performance of the contract between Oren Stern and Scott E. Schutzman or knew that the disruption of the performance was substantially certain to occur.

22. Plaintiffs Scott E. Schutzman and the Law Offices of Scott E. Schutzman were harmed. The conduct of Defendant Amit Louzon was a substantial factor in causing Plaintiffs' harm.

23. As a legal result of Defendant Amit Louzon's conduct, Plaintiffs suffered economic damages of over $30,000.00.

24. As a legal result of Defendant Amit Louzon's conduct, Plaintiff Scott E. Schutzman suffered general damages in the form of emotional distress.

25. The conduct of Defendant Amit Louzon was conducted with malice, oppression, or fraud, thus justifying punitive damages.

### **PRAYER**

WHEREFORE, Plaintiffs demand judgment against Defendants and each of them as follows:

On the First Cause of Action:

1. Compensatory damages according to proof;
2. Punitive damages;
3. Interest as allowed by law;
4. Costs of suit; and
5. Such other and further relief as this Court may deem just and proper.

On the Second Cause of Action:

1. $30,000.00 in economic damages;
2. $100,000.00 in non-economic damages;
3. Punitive damages according to proof:
4. Attorney's fees to be determined at tine of trial; and
5. Such other and further relief as this Court may deem just and proper.

Dated: October 10, 2025          LAW OFFICES OF SCOTT E. SCHUTZMAN

                                 By:   *Scott E. Schutzman*
                                       Scott E. Schutzman,
                                       Attorney for Plaintiffs

**COMPLAINT**
5

**DEMAND FOR JURY TRIAL**

Plaintiffs hereby demand a jury trial.

Dated: October 10, 2025   LAW OFFICES OF SCOTT E. SCHUTZMAN

By:   *Scott E. Schutzman*
Scott E. Schutzman,
Attorney for Plaintiffs

**Exhibit "A"**

**The Law Offices of Scott E. Schutzman Reviews**

**Google Reviews**



oren stern

Absolutely the most unprofessional lawyer I've ever dealt with. Completely unreliable, unresponsive, and lacking basic professionalism. Do yourself a huge favor—save your time, money, and sanity by finding someone else. Avoid at all costs!



Astrid Kuhn

Scott Schutzman is an excellent attorney. He is very nice, and personable, guides you through everything with ease, and gets the job done. He helped me win my case, and was on top of everything. I highly recommend him, you will not be disappointed.



Louise Henari

I highly recommend Mr. Schutzman's legal services. He and his associate fight hard for their clients and perform with nothing but the highest ethical standards. I could not be more pleased with the outcome of my case. It's been a tremendous pleasure working with this incredible team.